# UNITED STATES DISTRICT COURT

DISTRICT OF     NEVADA

UNITED STATES OF AMERICA

V.

TORRIE LAMONT GARRETT

**ORDER THAT DEFENDANT APPEAR IN DISTRICT OF PROSECUTION OR DISTRICT HAVING PROBATION JURISDICTION AND TRANSFERRING BAIL**

CASE NUMBER:     2:16-mj-0555-PAL

CHARGING DISTRICTS
CASE NUMBER:     1:16-cr-79-BLW

The defendant having appeared before this Court and proceedings having been concluded and the defendant released;

IT IS ORDERED that the defendant be held to answer in the United States District Court for the District of    Idaho   ; and that the Clerk of Court shall transfer bail deposited into the Registry of this Court, to the Clerk of the    (Not Applicable)   
*Place and Address*
, for deposit into the registry of that Court.

The defendant shall appear at all proceedings as required. The defendant shall next appear at (if blank, to be notified)
U.S. District Court
550 W. Fort Street, Ste. #400 Boise, ID    on    8/22/2016 @ 10:45am .
*Date and Time*

*Signature of Judge*

8/04/2016
*Date*

PEGGY A. LEEN, United States Magistrate Judge
*Name and Title of Judge*